IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARLTON KNOWLES,

    Plaintiff,

v.

GREEN TREE INN, LLC,

    Defendant.

Case No. 19-CV-464-NJR-GCS

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal (Doc. 6) and the Order dated September 27, 2019 (Doc. 7), this action was voluntarily **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: September 27, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By: s/ *Deana Brinkley*
    **Deputy Clerk**

**APPROVED:** s/ *Nancy J. Rosenstengel*
    NANCY J. ROSENSTENGEL
    Chief U.S. District Judge